| Attorney or Party without Attorney: <br> DEBEVOISE & PLIMPTON LLP <br> 919 THIRD AVENUE <br> NEW YORK, NY 10022 <br> Telephone No: 212-909-6841 <br><br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Central District California | | |
| Plaintiff: OVERSEAS PRIVATE INVESTMENT CORPORATION | | |
| Defendant: UHL HOLDINGS, LTD., etc. | | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV12-10860-GW (VBKx) |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the -; Notice Of Application And Hearing For Right To Attach Order, Order For Issuance Of Writ Of Attachment, Writ Of Attachment; Right To Attach Order And Order For Issuance Of Writ Of Attachment After Hearing; Application For Right To Attach Order, Order For Issuance Of Writ Of Attachment; Declaration Of Robert O'sullivan In Support Of Application For Right To Attach Order And Writ Of Attachment; Certification And Notice Of Interested Parties; Memorandum Of Points And Authorities In Support Of Application For Right To Attach Order And Writ Of Attachment In Aid Of Arbitration; Declaration Of Robert O'sullivan In Support Of Application For Right To Attach Order And Writ Of Attachment; Notice Of Assignment To A United States Magistrate Judge For Discovery; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution; Civil Cover Sheet; New Civil Actions Sheet; Pacer Pamphlet; Clerk's Office Services For Attorneys And The General Public Brochure.

3. a. *Party served:*      UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.) - SERBA LLICH, AGENT FOR SERVICE

4. *Address where the party was served:*      11601 WILSHIRE BLVD. <br> 5TH FLOOR <br> LOS ANGELES, CA 90025

5. *I served the party:*
   b. **by substituted service**. On: Thu., Dec. 20, 2012 at: 3:51PM by leaving the copies with or in the presence of:
   LIZ RODRIGUEZ, RECEPTIONIST
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ANTHONY BRIGHT      d. *The Fee for Service was:*    $210.00



**P.O. Box 5383** <br>
**Walnut Creek, CA 94596** <br>
**(925) 947-1221** <br>
**fax (925) 947-1375** <br>
LEGAL SERVICES <br>
Registration # 792

     e. I am: (3) registered California process server
         (i) Independent Contractor
         (ii) Registration No.:    7043
         (iii) County:           Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     Date: Fri, Dec. 21, 2012

     (ANTHONY BRIGHT)

Judicial Council Form      PROOF OF SERVICE      *debevois.18858*
Rule 2.150.(a)&(b) Rev January 1, 2007

| Attorney or Party without Attorney:<br>DEBEVOISE & PLIMPTON LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022<br>Telephone No: 212-909-6841        FAX No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | | Ref. No or File No.: | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Central District California | | | | |
| Plaintiff: OVERSEAS PRIVATE INVESTMENT CORPORATION | | | | |
| Defendant: UHL HOLDINGS, LTD., etc. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-10860-GW (VBKx) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the -; Notice Of Application And Hearing For Right To Attach Order, Order For Issuance Of Writ Of Attachment, Writ Of Attachment; Right To Attach Order And Order For Issuance Of Writ Of Attachment After Hearing; Application For Right To Attach Order, Order For Issuance Of Writ Of Attachment; Declaration Of Robert O'sullivan In Support Of Application For Right To Attach Order And Writ Of Attachment; Certification And Notice Of Interested Parties; Memorandum Of Points And Authorities In Support Of Application For Right To Attach Order And Writ Of Attachment In Aid Of Arbitration; Declaration Of Robert O'sullivan In Support Of Application For Right To Attach Order And Writ Of Attachment; Notice Of Assignment To A United States Magistrate Judge For Discovery; Notice To Parties Of Court-Directed Adr Program; Notice To Parties: Court Policy On Settlement And Use Of Alternative Dispute Resolution; Civil Cover Sheet; New Civil Actions Sheet; Pacer Pamphlet; Clerk's Office Services For Attorneys And The General Public Brochure.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:          Thu., Dec. 20, 2012
    b. Place of Mailing:         LOS ANGELES, CA  90017
    c. Addressed as follows:     UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.) -
                                 SERBA LLICH, AGENT FOR SERVICE
                                 11601 WILSHIRE BLVD.
                                 5TH FLOOR
                                 LOS ANGELES, CA  90025

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Dec. 20, 2012 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. KENDALL CARTER                              d. *The Fee for Service was:*  $210.00
    b. D&T LEGAL SERVICES                          e. I am: (3) registered California process server
       2146 N MAIN STREET, SUITE A, Registration # 792    (i)   Independent Contractor
       P.O. Box 5383                                      (ii)  Registration No.:    EXEMPT
       WALNUT CREEK, CA  94596                            (iii) County:              Los Angeles
    c. (925) 947-1221, FAX (925) 947-1375

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Dec. 21, 2012

                                                                          *(signature)*
   Judicial Council Form                    PROOF OF SERVICE               (KENDALL CARTER)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                                              *debevois.18858*