UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10860 GW (VBKx) | Date | January 22, 2013 |
|---|---|---|---|
| Title | Overseas Private Investment Corporation v. UHL Holdings, Ltd., etc. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS)**

The Court is in receipt of Plaintiff's documents entitled "Notice of Application and Hearing for Right to Attach order and Order For Issuance of Writ of Attachment" "Application For Right to Attach Order and Order For Issuance of Writ of Attachment" "Memorandum of Points and Authorities in Support of Application for Right to Attach Order and Writ of Attachment in Aid of Arbitration" "Declaration of Robert O'Sullivan in Support of Application of Application for Right to Attach Order and Writ of Attachment.

A hearing is scheduled in this matter for Tuesday, February 26, 2013 at 10:00 a.m., before Magistrate Judge Victor B. Kenton in Courtroom 590, 5th Floor at the Roybal Federal Building, 255 E. Temple Street, Los Angeles, California.

The Clerk's Office is **DIRECTED TO MAIL** a copy of this Minute Order to the defendant's address listed on the Proof of Service filed by Plaintiff on January 3, 2013.

Defendants will have up to and including February 12, 2013 to file an Opposition to Plaintiff's Attachment Motion. Plaintiff may file a Reply on or before February 18, 2013.

**IT IS SO ORDERED**.

                                                                                                                         :

                                                                                    Initials of Preparer              RH