Name and address:

David W. Rivkin
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION<br><br>Plaintiff(s)<br><br>v.<br><br>UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.)<br><br>Defendant(s). | CASE NUMBER<br><br>CV12-10860-GW (VBKx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:  Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, David Rivkin , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Overseas Private Investment Corporation by whom I have been retained.

My business information is:
Debevoise & Plimpton LLP
*Firm Name*

919 Third Ave.
*Street Address*

New York, NY, 10022
*City, State, Zip*

dwrivkin@debevoise.com
*E-Mail Address*

(212) 909-6671
*Telephone Number*

(212) 909-6836
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| New York | 8/31/1981 |
| Eastern District of New York | 6/29/1982 |
| Southern District of New York | 6/29/1982 |
| United States Circuit Court of Appeals for the Second Circuit | 12/15/1992 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate **Eve Wagner** as local counsel, whose business information is as follows:

Sauer & Wagner LLP
*Firm Name*

1801 Century Park East, Suite 1150
*Street Address*

Los Angeles, CA, 90067          ewagner@swattys.com
*City, State, Zip*                       *E-Mail Address*

(310) 712-8104                    (310) 712-8108
*Telephone Number*              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated **1/18/13**

David Rivkin
*Applicant's Name (please print)*

/s/ David Rivkin
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated **1/18/13**

Eve H. Wagner
*Designee's Name (please print)*

/s/ E H W
*Designee's Signature*

126471
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.

Additional Information

Court Admissions

| *Title of Court* | *Date of Admission* |
|---|---|
| <u>United States Court of Appeals for the Third Circuit</u> | <u>9/8/2000</u> |

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## DAVID WOLFE RIVKIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **August 31, 1981**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 8, 2013

_____
Clerk of the Court

9109

## DECLARATION OF SERVICE

I, Brandon P. Burkart, associated with Debevoise & Plimpton LLP, attorneys for the plaintiff herein certify:

I am over eighteen (18) years of age. On January 23, 2013, I caused to be served copies of the within Pro Hac Vice Application for David W. Rivkin by first class mail to counsel for Defendant UHL Holdings Ltd., who agreed to accept service on behalf of Defendant in this proceeding. I mailed the service to the following address:

> Mark Shipow
> 6520 Platt Ave. #442
> West Hills, CA 91307
> (818)710-1906

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2013

Brandon P. Burkart