1  SCOTT N. AUBY
   DEBEVOISE & PLIMPTON LLP
2  555 Thirteenth Street, N.W.
   Washington, D.C. 20004
3  Tel: (202) 383-8000; Fax: (202) 383-8118
   Email: snauby@debevoise.com
4
5  DAVID W. RIVKIN (*of counsel*)
   NATALIE L. REID (*of counsel*)
6  DEBEVOISE & PLIMPTON LLP
   919 Third Avenue
7  New York, New York 10022
   Tel: (212) 909-6000; Fax: (212) 909-6836
8  Email:  nlreid@debevoise.com; dwrivkin@debevoise.com

9  Attorneys for Plaintiff Overseas Private Investment Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.),<br><br>             Defendants. | Case No.: CV12-10860-GW (VBKx)<br><br>[Hon. George H. Wu]<br><br>**NOTICE OF LODGING OF PROPOSED ORDER** |

1

NOTICE OF LODGING OF PROPOSED ORDER

**NOTICE OF LODGING**

The attached order is a Proposed Order for the Application of Non-Resident Attorney to Appear in a Specific Case pursuant to Local Rules 83-2.3 and 83-2.8.2 for Natalie L. Reid.

Dated: January 24, 2013              DEBEVOISE & PLIMPTON LLP

                                     By:  _____/s/_____
                                              Scott N. Auby
                                     Attorneys for Plaintiff Overseas Private
                                     Investment Corporation