Name & Address:

Natalie L. Reid
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION<br><br>Plaintiff(s)<br>v.<br>UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.)<br><br>Defendant(s). | CASE NUMBER:<br><br>CV12-10860-GW (VBKx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of **Natalie Reid**, of **Debevoise & Plimpton LLP/ 919 Third Ave., New York, NY 10022**
   *Applicant's Name*                                              *Firm Name / Address*

**(212) 909-6154**                **nlreid@debevoise.com**
  *Telephone Number*                                 *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant
☐ Intervener or other interested person _____

and the designation of **Eve Wagner/ 126471**
                          *Local Counsel Designee /State Bar Number*

of **Sauer & Wagner LLP/ 1801 Century Park East, Suite 1150, Los Angeles CA 90067**
                          *Local Counsel Firm / Address*

**(310) 712-8104**                **ewagner@swattys.com**
  *Telephone Number*                                 *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.


Dated _____      _____
                                                        U. S. District Judge/U.S. Magistrate Judge