## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is 1801 Century Park East, Suite 1150, Los Angeles, California 90067.

On January 24, 2013, I served the foregoing document(s) described as: **NOTICE OF LODGING OF PROPOSED ORDER** on the interested party(ies) in this action, enclosed in a sealed envelope, addressed as follows:

Mark Shipow, Esq.
6520 Platt Ave. #442
West Hills, CA 91307

(X) I am readily familiar with the business practice for collection and processing of correspondence for mailing within the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

( ) By Overnite Express, I caused to be delivered such envelope via Federal Express to the office(s) of the addressee(s) noted above.

( ) By email, I caused the above-referenced document(s) to be transmitted to the party(ies) listed above.

( ) By personal service, I delivered such envelope by hand to the offices of the addressee(s) noted above.

Executed this 24th day of January, 2013, at Los Angeles, California.

( ) (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X) (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Ashia Huffman