SCOTT N. AUBY
DEBEVOISE & PLIMPTON LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 383-8000; Fax: (202) 383-8118
Email: snauby@debevoise.com

DAVID W. RIVKIN (*of counsel*)
NATALIE L. REID (*of counsel*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000; Fax: (212) 909-6836
Email:  nlreid@debevoise.com; dwrivkin@debevoise.com

Attorneys for Plaintiff Overseas Private Investment Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION,<br><br>            Plaintiff,<br><br>     v.<br><br>UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.),<br><br>            Defendants. | Case No.:  CV12-10860-GW (VBKx)<br><br>[Hon. George H. Wu]<br><br>**NOTICE OF LODGING OF PROPOSED ORDER** |

**NOTICE OF LODGING**

The attached order is a Proposed Order for the Application of Non-Resident Attorney to Appear in a Specific Case pursuant to Local Rules 83-2.3 and 83-2.8.2 for David W. Rivkin.

Dated: January 24, 2013         DEBEVOISE & PLIMPTON LLP

                                By:  _____/s/_____
                                     Scott N. Auby
                                Attorneys for Plaintiff Overseas Private
                                Investment Corporation