Name & Address:

David W. Rivkin
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OVERSEAS PRIVATE INVESTMENT CORPORATION | CASE NUMBER: |
|---|---|
| Plaintiff(s) <br> v. | CV12-10860-GW (VBKx) |
| UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.) <br><br> Defendant(s). | ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>David Rivkin</u>, of <u>Debevoise & Plimpton LLP/ 919 Third Ave., New York, NY 10022</u>
   *Applicant's Name*                    *Firm Name / Address*

<u>(212) 909-6671</u>                    <u>dwrivkin@debevoise.com</u>
   *Telephone Number*                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff    ☐ Defendant

☐ Intervener or other interested person _____

and the designation of <u>Eve Wagner/ 126471</u>
                        *Local Counsel Designee /State Bar Number*

of <u>Sauer & Wagner LLP/ 1801 Century Park East, Suite 1150, Los Angeles CA 90067</u>
              *Local Counsel Firm / Address*

<u>(310) 712-8104</u>                    <u>ewagner@swattys.com</u>
   *Telephone Number*                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   ☑ GRANTED
   ☐ DENIED.  Fee shall be returned by the Clerk.
   ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____

                                        U. S. District Judge/U.S. Magistrate Judge