Name & Address:

Natalie L. Reid
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

FILED
CLERK, U.S. DISTRICT COURT

JAN 31 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OVERSEAS PRIVATE INVESTMENT CORPORATION<br><br>Plaintiff(s)<br>v.<br>UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.)<br><br>Defendant(s). | CASE NUMBER:<br><br>CV12-10860-GW (VBKx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Natalie Reid__, of __Debevoise & Plimpton LLP/ 919 Third Ave., New York, NY 10022__
    *Applicant's Name*                                                                  *Firm Name / Address*

__(212) 909-6154__                                      __nlreid@debevoise.com__
    *Telephone Number*                                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant

☐ Intervener or other interested person _____

and the designation of __Eve Wagner/ 126471__
                                     *Local Counsel Designee /State Bar Number*

of __Sauer & Wagner LLP/ 1801 Century Park East, Suite 1150, Los Angeles CA 90067__
                                    *Local Counsel Firm / Address*

__(310) 712-8104__                                      __ewagner@swattys.com__
    *Telephone Number*                                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☒ **GRANTED**
    ☐ **DENIED.** Fee shall be returned by the Clerk.
    ☐ **DENIED.** For failure to pay the required Pro Hac Vice appearance fee.

Dated __1-31-2013__                                                    /s/ _____
                                                                U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE