Name & Address:

David W. Rivkin
Debevoise & Plimpton LLP
919 Third Ave.
New York, NY 10022

FILED
CLERK, U.S. DISTRICT COURT
JAN 31 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| OVERSEAS PRIVATE INVESTMENT CORPORATION<br><br>Plaintiff(s)<br>v.<br><br>UHL HOLDINGS, LTD. (formerly UNIWORLD HOLDINGS, LTD.)<br><br>Defendant(s). | CASE NUMBER:<br><br>CV12-10860-GW (VBKx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>David Rivkin</u>, of <u>Debevoise & Plimpton LLP/ 919 Third Ave., New York, NY 10022</u>
    *Applicant's Name*                                             *Firm Name / Address*

<u>(212) 909-6671</u>                            <u>dwrivkin@debevoise.com</u>
*Telephone Number*                           *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant
☐ Intervener or other interested person _____

and the designation of <u>Eve Wagner/ 126471</u>
                        *Local Counsel Designee /State Bar Number*

of <u>Sauer & Wagner LLP/ 1801 Century Park East, Suite 1150, Los Angeles CA 90067</u>
                        *Local Counsel Firm / Address*

<u>(310) 712-8104</u>                            <u>ewagner@swattys.com</u>
*Telephone Number*                            *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee shall be returned by the Clerk.
☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated <u>1-31-2013</u>                               _/s/ Victor B. Kenton_
                                                              U. S. District Judge/U.S. Magistrate Judge