Scott N. Auby (State Bar No. 168461)
  snauby@debevoise.com
David W. Rivkin (*pro hac vice*)
  dwrivkin@debevoise.com
Natalie L. Reid  (*pro hac vice*)
  nlreid@debevoise.com
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
TEL: (212) 909-6000; FAX: (212) 909-6836

Eve H. Wagner (State Bar No. 126471)
  ewagner@swattys.com
SAUER & WAGNER LLP
1801 Century Park East, Suite 1150
Los Angeles, California  90067
TEL: (310) 712-8100; FAX: (310) 712-8108

*Attorneys for Plaintiff Overseas Private Investment Corporation*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>UHL HOLDINGS, LTD. (FORMERLY UNIWORLD HOLDINGS, LTD.)<br><br>                    Defendant. | Case No.: CV12-10860-GW (VBKx)<br><br>**MEMORANDUM IN FURTHER SUPPORT OF APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT IN AID OF ARBITRATION**<br><br>Date:    February 26, 2013<br>Time:    10:00 a.m.<br>Place:   Courtroom 590, 5th Floor,<br>            Roybal Federal Building,<br>            Los Angeles, California |

Plaintiff Overseas Private Investment Corporation ("OPIC") submits this Memorandum in Further Support of its Application For Right To Attach Order And Writ Of Attachment ("Application"), sought in aid of its pending arbitration against Defendant UHL Holdings, Ltd. ("UHL").  OPIC respectfully requests the Court to grant the unopposed Application.

OPIC filed the pending Application and supporting materials on December 20, 2012.  Dkt 1–6.  On the same day, OPIC served the Application and supporting materials on UHL by substituted service and by mail.  Dkt 10.  On January 22, 2013, this Court issued an Order setting February 26, 2013 as the date for the hearing on the Application.  The Order provided that UHL "will have up to and including February 12, 2013 to file an Opposition to Plaintiff's Attachment Motion," and granted OPIC permission to file a Reply on or before February 18, 2013.  Dkt 11.

UHL has filed no Opposition to the Application.  Under California law, which governs this Court's consideration of the Application, UHL is "not [] permitted to oppose the issuance of the order," because it has "fail[ed] to file a notice of opposition within the time prescribed."  C.C.P. § 484.060; *see also* Fed. R. Civ. P. 64(a), (b) (state law governs application for attachment as provisional remedy).

As explained in detail in the opening Memorandum of Points and Authorities and the supporting Declaration of Robert O'Sullivan, OPIC's Application satisfies all statutory requirements for issuance of a writ of attachment in support of a pending arbitration. *See* Mem. at 2–21; O'Sullivan Decl. ¶¶ 9–22. Despite repeatedly acknowledging its contractual obligation to repay $1.98 million to OPIC once it recovered the funds, UHL has refused to honor its debt— compelling evidence that it will not or cannot satisfy an arbitration award against it. *See* Mem. at 6–10; O'Sullivan Decl. ¶¶ 14–17. Unless attachment is granted, there is a substantial risk that UHL will take steps to frustrate OPIC's efforts to enforce the arbitration award, and ultimately deny OPIC effective relief on its claim. *See* Mem. at 19–21; O'Sullivan Decl. ¶¶ 18–20.

For these reasons, OPIC respectfully requests that the Court grant the unopposed Application, and issue a right to attach order and a writ of attachment against UHL in the amount of $1,980,000 plus interest and reasonable estimated attorneys' fees and costs, to be secured by all corporate property which is subject to attachment pursuant to C.C.P. § 487.010.

Respectfully submitted,

/s/  Scott N. Auby

_____

Scott N. Auby
David W. Rivkin
Natalie L. Reid
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022

Eve Wagner
SAUER & WAGNER LLP
1801 Century Park East
Suite 1150
Los Angeles, California  90067

Dated:      February 15, 2013

23840768

3

## PROOF OF SERVICE

I am employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is 1801 Century Park East, Suite 1150, Los Angeles, California 90067.

On February 15, 2013, I served the foregoing document(s) described as: **MEMORANDUM IN FURTHER SUPPORT OF APPLICATION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT IN AID OF ARBITRATION** on the interested party(ies) in this action, enclosed in a sealed envelope, addressed as follows:

>  Mark Shipow, Esq.
>  6520 Platt Ave. #442
>  West Hills, CA 91307

(X)   I am readily familiar with the business practice for collection and processing of correspondence for mailing within the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices in the United States mailed at Los Angeles, California.

( )   By Overnite Express, I caused to be delivered such envelope via Federal Express to the office(s) of the addressee(s) noted above.

( )   By email, I caused the above-referenced document(s) to be transmitted to the party(ies) listed above.

( )   By personal service, I delivered such envelope by hand to the offices of the addressee(s) noted above.

Executed this 15th day of February, 2013, at Los Angeles, California.

( )   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(X)   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Ashia Huffman