| | |
|---|---|
| 1 | Mark U. Shipow (Bar No.CA 91156) |
| 2 | LAW OFFICES OF MARK U. SHIPOW |
| | 8742 Palo Ave., #224 |
| 3 | West Hills, CA 91307 |
| | Telephone: (818) 703-1986 |
| 4 | Facsimile: (818) 348-4297 |
| 5 | mshipow@socal.rr.com |
| 6 | Attorneys for Defendant |
| 7 | UHL HOLDINGS, LTD. |
| 8 | |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | | |
|---|---|---|
| 10 | Overseas Private Investment Corporation, | ) Case No. CV12-10860-GW (VBKx) |
| 11 | | ) |
| 12 | Plaintiff, | ) |
| 13 | | ) **ORDER ON** |
| 14 | v. | ) **EX PARTE APPLICATION FOR** |
| | | ) **CONTINUANCE OF HEARING** |
| 15 | UHL Holdings, Ltd. (formerly Unity World | ) **ON APPLICATION FOR RIGHT** |
| 16 | Holdings, Ltd.), | ) **TO ATTACH ORDER AND FOR** |
| 17 | | ) **NEW BRIEFING SCHEDULE** |
| 18 | Defendant. | ) |
| 19 | | ) |
| 20 | | ) |

The EX PARTE APPLICATION FOR CONTINUANCE OF HEARING

ON APPLICATION FOR RIGHT TO ATTACH ORDER AND FOR NEW

BRIEFING SCHEDULE (the "Ex Parte Application") having been filed herein by

UHL HOLDINGS, LTD. and OPIC having agreed not to oppose the relief

requested in the Ex Parte Application, and good cause appearing,

IT IS HEREBY ORDERED:

1.  The hearing on Plaintiff's Application For Right To Attach Order (the "Application"), currently set for February 28, 2013, is continued to March 28, 2013 at 10:00 a.m.  Currroom 59, 5th Fl. Roybal Federal Building, 255 E. Temple Street, Los Angeles, California;

-1-

1   2.   Defendant shall have to and including March 12, 2013, to file its
2   opposition to the Application;
3   3.   Plaintiff shall have to and including March 18 to file its reply in further
4   support of the Application.

6   IT IS SO ORDERED.

10  Dated:  February 21, 2013                             /s/
                                        United States Magistrate Judge